Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

Eastern Division

**RECEIVED**
**FEB 01 2022**
**BY MAIL**

Affan Siraj Zuhayr El

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

STATE FARM INSURANCE COMPANY
&
MELANIE PETERSON CPCU®

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Affan Siraj Zuhayr El |
   | Street Address | c/o P.O Box 470482 |
   | City and County | Saint Louis Territory |
   | State and Zip Code | Missouri Republic [63147] |
   | Telephone Number | (314)910-9216 |
   | E-mail Address | affsirzuhel1@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | STATE FARM INSURANCE COMPANY |
| Job or Title *(if known)* | Corporate Headquarters |
| Street Address | 1 State Farm Plaza |
| City and County | Bloomington |
| State and Zip Code | IL 61791 |
| Telephone Number | 1 (800) 782-8332 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | MELANIE PETERSON CPCU® |
| Job or Title *(if known)* | Claims Specialist |
| Street Address | P.O. Box 106171 |
| City and County | ATLANTA |
| State and Zip Code | GA 30348 |
| Telephone Number | (402) 327-3206 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Supreme Law of this land being the United States Republic Constitution 1791/1836, 6th Amendment, the Treaty of Peace and Friendship of 1786/1836, The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, the Commerce Clause of the Constitution (art. I, §8, Cl.3), the Treaty Clause (art. II, §2, cl.2).

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Affan Siraj Zuhayr El, is a citizen of the State of *(name)* Missouri Republic.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, (name)   MELANIE PETERSON CPCU®   , is a citizen of the State of (name)  GA  . Or is a citizen of (foreign nation) _____.

   b.   If the defendant is a corporation
The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name)  GA  .
Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Respondent Melanie Peterson, CPCU® is being sued in her Private capacity for $75,000 x 3 for each for violation of U.S. Code Title 42 Chapter 7 Subchapter II § 408 Penalties(a)(8). for a total $225,000 payable in lawful money. SEE EXHIBIT "A"

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) On Friday January 29, 2021 12/15/2021, I claim that I am Affan Siraj Zuhayr El Natural Person, In Propria Persona, at approximately 6:30 pm. I was a passenger in the front seat of a vehicle traveling north on Grand Blvd. in Saint Louis, Missouri. while stopped at a red signal light on the corner of Grand Blvd. and Blair Ave.. Upon hearing engine roar of a fast-approaching vehicle and tires squealing, with no response time, we were struck from behind, by State Farm Insurance Company Insured Driver Alfred Cox policy #103519925E, Claim#25-15X7-02S. I claim that State Farm Insurance Company, insured driver Alfred Cox was directly responsible for the rear end collision by his driving reckless and speeding. I claim that State Farm Insurance Company Insured Driver, directly cause my injuries: Pain & Suffering, Mental Anguish, Loss Wages, and Property Damage, as I would not have no injuries if their insured Driver had not rear ended the vehicle. 2)I claim that MELANIE PETERSON CPCU® is in violation of three (3) times, U.S. Code Title 42 Chapter 7 Subchapter II § 408 Penalties (a) (8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States;

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) The Enforcement of the following, The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI The Divine Constitution of Moorish America: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic, The Treaty of Peace and Friendship of 1787/1836 A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.
2) I, Affan Siraj Zuhayr El, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN, COLORED (person), AFRICAN AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.
3) I, Affan Siraj Zuhayr El, demand Due Process as protected by the Fourth (4th), Fifth (5th) and Sixth (6) Amendments of the Constitution for the United States of America (Republic).
4) I, Affan Siraj Zuhayr El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution, Treaty, Indigenous People Rights, International Law and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American National) and carry out your Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their unjust actions.
5) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.
6) Respondent State Farm Insurance Company is being sued for $75,000 for Non-Economic Damages
7) Respondent State Farm Insurance Company is being sued for $75,000 for Economic Damages
8) Respondent State Farm Insurance Company is being sued for $75,000 for punitive damages
9) Respondent State Farm Insurance Company is being sued for $75,000 for compensatory damages in its official capacity payable in lawful money, for a total of $300,000.
10) Respondent Melanie Peterson, CPCU® is being sued in her and public capacity for three(3) x $75,000 each violation of U.S. Code Title 42 Chapter 7 Subchapter II § 408 Penalties (a)(8). SEE EXHIBIT "A" for a total of $225,000.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01/28/2022

Signature of Plaintiff   *Affan Siraj Zuhayr El*
Printed Name of Plaintiff   Affan Siraj Zuhayr El

**B.   For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____